Same case below, 444 Fed. Appx. 632.

**No. 11-6268. Ronald L. Tsosie, Petitioner v. Michael Garrett, Warden, et al.**

565 U.S. 968, 132 S. Ct. 466, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7471.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 409 Fed. Appx. 262.

**No. 11-6292. David Rodriguez, Petitioner v. Vernon L. Lewis, et al.**

565 U.S. 968, 132 S. Ct. 466, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7577.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 427 Fed. Appx. 352.

**No. 11-6320. Kenneth G. Thompson, Petitioner v. United States.**

565 U.S. 968, 132 S. Ct. 473, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7519.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 430 Fed. Appx. 805.

**No. 11-6343. Ildefonso Maldonado-Gonzales, aka Gabriel Rivera-Vega, Petitioner v. United States.**

565 U.S. 968, 132 S. Ct. 466, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7529.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6346. Glenn L. Williams, Petitioner v. Darlene Drew, Warden.**

565 U.S. 968, 132 S. Ct. 466, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7511.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 480.

**No. 11-6347. Steven A. Voneida, Petitioner v. United States.**

565 U.S. 968, 132 S. Ct. 467, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7555.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6350. Krisztian Takacs, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 467, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7575.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 424 Fed. Appx. 73.